UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMAL PAYNE,<br><br>                Defendant. | Crim. Action No.: 1:25CR147 |

## NOTICE THAT DEFENDANT JAMAL PAYNE HAS NOT BEEN TRANSPORTED TO A FEDERAL MEDICAL FACILITY

Comes now, undersigned defense counsel, and notifies the Court and the government that defendant Jamal Payne is presently incarcerated at a local Kentucky jail, evidently awaiting transfer to a Bureau of Prisons (BOP) Federal Medical Center, despite having been sentenced four months ago.

The Court is well aware of Mr. Payne's serious and chronic medical issues. Based in part on these issues, the Court imposed a below-guidelines sentence on October 14, 2025, and recommended that Mr. Payne serve his sentence at a Federal Medical Center. *See* Judgment. ECF. No. 44.

Notwithstanding the immediate filing of the Judgment, Mr. Payne has since languished at a local Kentucky jail, located 30 miles from a hospital. Counsel is concerned that the jail is overcrowded and dirty and does not have medical staff equipped to deal with Mr. Payne's myriad medical needs. Mr. Payne's mother has contacted counsel numerous times, representing that Mr. Payne is suffering and needs to be transferred to Butner. It has now been four months since Mr. Payne was sentenced. He is in urgent need of proper medical care.

While counsel does not seek specific relief at this time, counsel files this Notice in the event it becomes necessary to seek emergency relief in the future.

    Respectfully submitted,

    A. J. Kramer
    Federal Public Defender

    _____/s/_____
    Elizabeth Mullin
    Assistant Federal Public Defender
    625 Indiana Ave NW, Suite 550
    Washington, D.C. 20004
    (202) 208-7500