UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 25-cr-147 (DLF) |
| v. : | |
| : | |
| JAMAL PAYNE : | |

**RESPONSE TO COURT'S ORDER**

In response to the Court's Order of February 12, 2026, the Government respectfully files the following. On the same day as the order, the Government contacted both the U.S. Marshals Service (USMS) and the Bureau of Prisons (BOP). USMS sent information to the Government and understands that the same information has been provided to the Court. For security reasons, that information is not reproduced here, but in short, the Government understands that the Defendant has been placed at a facility. However, there is not yet a bed available for the Defendant at that facility, hence the delay. USMS also stated that there is generally a 9- to 12-month wait for a bed to open up at a federal medical center. Separately, BOP reported today, February 13, 2026, that the Defendant is in USMS custody and that "there is a waiting list for all BOP medical facilities."

                              Respectfully submitted,

                              JEANINE FERRIS PIRRO
                              UNITED STATES ATTORNEY

By:    */s/ Solomon S. Eppel*
        SOLOMON S. EPPEL
        Assistant United States Attorney
        D.C. Bar No. 1046323
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-6661
        solomon.eppel@usdoj.gov